LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone:  (916) 978-0772
Facsimile:   (916) 481-5080

Attorney for Defendant KEYSTONE RV COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES U. CAHOON, an individual, | Case No:  C13-1267-EMC |
| Plaintiff<br>v.<br>KEYSTONE RV COMPANY, a Delaware corporation, and DOES 1 through 100,<br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: July 10, 2013                                             LAW OFFICES OF WILLIAM L. BAKER

By: /s/ William L. Baker
WILLIAM L. BAKER, SBN 114454
Attorney for Defendant KEYSTONE RV COMPANY

**STIPULATION OF VOLUNTARY DISMISSAL**

1 | Dated: July 10, 2013            LAW OFFICE OF ARTHUR OBOLSKY

By: _____
ARTHUR OBOLSKY
Attorney for Plaintiff JAMES U. CAHOON

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

**IT IS SO ORDERED**
*Judge Edward M. Chen*

2

**STIPULATION OF VOLUNTARY DISMISSAL**