LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA 95825
Telephone: (916) 978-0772
Facsimile: (916) 481-5080

Attorney for Defendant KEYSTONE RV COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES U. CAHOON, an individual,<br><br>Plaintiff<br>v.<br><br>KEYSTONE RV COMPANY, a Delaware corporation, and DOES 1 through 100,<br><br>Defendants. | Case No: C13-1267-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: July 10, 2013          LAW OFFICES OF WILLIAM L. BAKER

By: _____
WILLIAM L. BAKER, SBN 114454
Attorney for Defendant KEYSTONE RV COMPANY

1
**STIPULATION OF VOLUNTARY DISMISSAL**

Dated: July 10, 2013          LAW OFFICE OF ARTHUR OBOLSKY

                              By: _____
                              ARTHUR OBOLSKY
                              Attorney for Plaintiff JAMES U.
                              CAHOON

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*

2
**STIPULATION OF VOLUNTARY DISMISSAL**